B 6B (Official Form 6B) (12/07) -- Cont.

Amended

In re __THOMAS and VIOLET FOUSHEE__,  Case No. __10-48021-PBS__
          Debtor                                   (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | J | |
| 14. Interests in partnerships or joint ventures. Itemize. | | MOLALLA CARE FACILITY LLC/ F&F MANAGEMENT LLC/ RODEO ACRES LP | J | 5,000.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

In re  THOMAS and VIOLET FOUSHEE       ,    Case No.  10-48021-PBS
              Debtor                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ABC HOMES/EXCEL FUNDING 0224 SW HAMILTON ST. #301 PORT. OR 97239 | | J | 7/30/08 2ND MORT COLLATERAL 17707 OATFIELD 18604 N 119AVE<br>VALUE $ 420,000.00 | | | X | 485,700.00 | |
| ACCOUNT NO.<br>CLACKMAS COUNTY ASSESSOR 150 BEAVERCREEK OR. CITY, OR 97045 | | J | 11/07 TO 11/10 REAL AND PERSONAL PROPERTY TAX<br>VALUE $ 2,050,000.00 | | | X | 113,000.00 | |
| ACCOUNT NO.<br>DAVE TOWNS 15203 SE HOLLAND LOOP HAPPY VALLEY,OR 97086 | | J | 9/1/10 CABLE TV SYSTEM<br>VALUE $ 7,200.00 | | X | | 7,200.00 | |
| ACCOUNT NO.<br>ONPOINT CREDIT UNION PO BOX 3750 PORT. OR 97208 | | J | 6/1/06 2004 TOYOTA PRIUS<br>VALUE $ 4,500.00 | | X | | 4,000.00 | |
| ACCOUNT NO.<br>WELLS FARGO MORTGAGE PO BOX 30427 LA, CA 90030 | | H | 5/24/07 1ST MORT 310 MAY ST MOLALLA, OR<br>VALUE $ 205,000.00 | | X | | 218,838.00 | |

Sheet no.____of____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶ (Total(s) of this page)  $ 485,700.00  $

Total(s) ▶ (Use only on last page)  $ 4,395,387.00  $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

None ☐  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| ABC HOMES/EXCEL FUNDING 0224 SW HAMILTON ST. #301 *Portland, OR 97239* | 12/4/09 | 9709 NE 142 AVE; 9713 NE 142 AVE; 9715 NE 142 AVE; *525,000 total* |

*Amended*

# Amended
## Statement of Financial Affairs

### 18. Nature, Location and Name of Business

| | |
|---|---|
| Molalla Care Facility LLC<br>38718 NE Christensen Rd<br>La Center, WA 98629 | Organized 02-20-2001<br>EIN# 93-1331963<br>Operating Assisted Living Facility |
| Members:<br>   Tom Foushee<br>   Violet Foushee | <br>SS #9448<br>SS #8349 |
| F&F Management LLC<br>38718 NE Christensen Rd<br>La Center, WA 98629 | Organized 08-10-2006<br>EIN# 87-0777814<br>Rental Management Owner Property Operations |
| Members:<br>   Tom Foushee<br>   Violet Foushee | <br>SS #9448<br>SS #8349 |
| Del Development LLC<br>38718 NE Christensen Rd<br>La Center, WA 98629 | Organized 11-15-2004 (ended 11-2009)<br>EIN# 20-0758610<br>Land Development |
| Members:<br>   Tom Foushee<br>   Violet Foushee | <br>SS #9448<br>SS #8349 |
| Rodeo Acres LP<br>38718 NE Christensen Rd<br>La Center, WA 98629 | Organized 02-27-2004<br>EIN# 51-0505852<br>Commercial Real Estate |
| Limited Partners:<br>   Tom Foushee<br>   Violet Foushee | <br>SS #9448<br>SS #8349 |